# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | :    Case No. : 22-CR-00077 (BAH) |
| **IRAJ GEORGE JAVID,** | : |
| **Defendant.** | : |

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Edward Smock has assumed responsibility for the defense of Iraj George Javid in the above-captioned case. Mr. Javid's case had previously been assigned to Assistant Federal Public Defender Sabrina Shroff.

Respectfully submitted,

_____/s/_____
EDWARD SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500