# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| **v.** | ) ) | **Case: 22-cr-00077 (BAH)** |
| **IRAJ GEORGE JAVID** | ) ) ) | |

### <u>Unopposed Motion to Permit Travel to District of Columbia for Wedding</u>

Iraj Javid, by and through counsel, respectfully requests that this Court permit him to come to the District of Columbia to attend his cousin's wedding on May 14, 2022.  In support of this Motion, Mr. Javid states the following facts.

1.  Mr. Javid was arrested on a complaint on March 3, 2022.  He was ordered released on his own personal recognizance.

2.  Among his release conditions is a requirement that he stay away from the District of Columbia with the exception of attending Court proceedings, meeting with counsel, work and required PSA business.  (ECF No. 6).

3.  Mr. Javid lives with his wife and children and has abided by all conditions of release since his initial appearance.  He has no criminal record.

4.  Mr. Javid's cousin is getting married at the Cathedral of St. Matthew the Apostle in Washington, D.C. on May 14, 2022.  Mr. Javid would like to attend the ceremony.

5.  Counsel for Mr. Javid has discussed this request with Mr. Javid's Pretrial Services officer and the assigned Assistant United States Attorney.  Neither objects to this request.

## **Conclusion**

For the reasons set forth above, Mr. Javid respectfully requests that this motion be granted and that the Court permit him to travel to the District of Columbia to attend his cousin's wedding.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

NED SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500