UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) Case: 22-cr-00077 (BAH) |
| v. | ) ) |
| IRAJ GEORGE JAVID | ) ) ) |

**Unopposed Motion to Permit Travel to District of Columbia for Baseball Game**

Iraj Javid, by and through counsel, respectfully requests that this Court permit him to come to the District of Columbia to attend a Washington Nationals baseball game on August 26, 2022. In support of this Motion, Mr. Javid states the following facts.

1. Mr. Javid was arrested on a complaint on March 3, 2022. He was ordered released on his own personal recognizance. On August 12, 2022 Mr. Javid pled guilty to the misdemeanor offense of parading, demonstrating, or picketing in the Capitol. His sentencing is scheduled for November 4, 2022.

2. Among Mr. Javid's release conditions is a requirement that he stay away from the District of Columbia with the exception of attending Court proceedings, meeting with counsel, work and required PSA business. (ECF No. 6).

3. Mr. Javid lives with his wife and children in Virginia and has abided by all conditions of release since his initial appearance with the exception of missing one weekly call-in report. He has no criminal record.

4. Mr. Javid would like to attend a Washington Nationals game on August 26, 2022.

5. Counsel for Mr. Javid has discussed this request with Mr. Javid's Pretrial Services officer and the assigned Assistant United States Attorney. The government does not oppose the request. Pretrial Services defers to the Court.

**Conclusion**

For the reasons set forth above, Mr. Javid respectfully requests that this motion be granted and that the Court permit him to travel to the District of Columbia to attend a baseball game.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
NED SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) ) | |
| ) | **Case: 22-cr-00077 (BAH)** |
| v. ) ) | |
| **IRAJ GEORGE JAVID** ) ) ) | |

## ORDER

Upon consideration of the Defendant's Motion to Permit Travel, it is hereby ORDERED that the Motion is GRANTED and that Mr. Javid shall be permitted to attend a baseball game on August 26, 2022 in the District of Columbia.

All other requirements of the March 4, 2022 Order Setting Conditions in Release remain in place.

So ordered.

Date: _____

_____
The Honorable Beryl A. Howell
Chief Judge
United States District Court for the
District of Columbia