UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) Case: 22-cr-00077 (BAH) |
| v. | ) ) |
| IRAJ GEORGE JAVID | ) ) ) |

**Unopposed Motion to Permit Travel to District of Columbia for Business Conference**

Iraj Javid, by and through counsel, respectfully requests that this Court permit him to come to the District of Columbia to attend a conference from January 13th through January 15th, 2023. In support of this Motion, Mr. Javid states the following facts.

1. Mr. Javid was arrested on a complaint on March 3, 2022. He was ordered released on his own personal recognizance. On August 12, 2022 Mr. Javid pled guilty to the misdemeanor offense of parading, demonstrating, or picketing in the Capitol. His sentencing is scheduled for February 3, 2023.

2. Among Mr. Javid's release conditions is a requirement that he stay away from the District of Columbia with the exception of attending Court proceedings, meeting with counsel, work and required PSA business. (ECF No. 6).

3. Mr. Javid lives with his wife and children in Virginia and has abided by all conditions of release since his initial appearance with the exception of missing one weekly call-in report. He has no criminal record.

4. Mr. Javid and his wife operate a small Amway business and they would like to attend the East Coast Winter Conference, which is being held at the Churchill Hotel in Washington, D.C. between January 13 and January 15, 2023.

5. Counsel for Mr. Javid has discussed this request with Mr. Javid's Pretrial Services officer and the assigned Assistant United States Attorney.  The United States does not object.  Pretrial Services defers to the Court.

## Conclusion

For the reasons set forth above, Mr. Javid respectfully requests that this motion be granted and that the Court permit him to travel to the District of Columbia to attend the business conference between January 13 and January 15, 2023.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
NED SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) ) ) ) ) ) ) | **Case: 22-cr-00077 (BAH)** |
| v. | | |
| **IRAJ GEORGE JAVID** | | |

**ORDER**

Upon consideration of the Defendant's Motion to Permit Travel, it is hereby ORDERED that the Motion is GRANTED and that Mr. Javid shall be permitted to attend a business conference between January 13 and January 15 in the District of Columbia.

All other requirements of the March 4, 2022 Order Setting Conditions in Release remain in place.

So ordered.

Date: _____

_____
The Honorable Beryl A. Howell
Chief Judge
United States District Court for the
District of Columbia