UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-00077(BAH) |
| v.   : | |
| : | |
| IRAJ JAVID, : | |
| : | |
| Defendant    : | |

NOTICE OF FILING OF VIDEO
PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of a video exhibit in support of sentencing in the above-captioned matter. As a video clip, it is not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. The exhibit is identified and briefly described below.

- Exhibit 1: Surveillance video showing Javid entering the Capitol via the East Rotunda Doors.

If the Court accepts this proposed video exhibit into evidence, the United States takes the position that the entered exhibit should be released to the public.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   s/*Niall M. O'Donnell*
NIALL M. O'DONNELL
Assistant Chief, Detailee

1