The Honorable Beryl A. Howell
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Chief Judge Howell,

My Name is Iraj Javid and I am writing to give you some insight to me, my character, my passions and overall my outlook of my actions on January 6th 2021. I'd like to start off with a bit of my history; I am the first born son of 7 children to my mother Dana, and my father, Hamid. My mother was raised here in Virginia her whole life, and my father was born and raised in Abadan, Iran. He first came here to pursue the American dream; and if I may say so, he achieved it. My father fought hard to give us a good life, never needing for anything. He has worked every day since he immigrated here from Iran. I truly feel blessed to be his son and pray to have his loving care for others. My mother was raised in Falls Church Virginia by her Grandparents. She had a pretty challenging upbringing, but made the most of it and never let that hold her back. My parents met and had me when my mother was 17 years old. My mom and dad had every reason to give me away or pawn me off on someone who could better handle a child, but they chose the more challenging option of raising me themselves. They raised me in a loving, caring household, teaching all of their children to put others first and to honor family. I am truly honored to be their son.

One of the greatest accomplishments I've had is to be a husband and a father myself. I am blessed to be married to an amazing, patient, kind woman, Kelly. She has blessed me with 3 amazing children who are the light of my life. I attempt every day to be a better man for them. I met Kelly when we were in High school when she was 14 and I was 15. She was always so high spirited, loving, and kind to everyone. I knew even back then I was going to marry her. After earning the trust of her father ( many years later) I asked for his permission to marry Kelly, his response ,"Yes, that would be nice… just take care of her okay". Our agreement was to wait until Kelly had graduated college; so we waited, and we were married in 2014. We had our first child in 2015, got pregnant with our second in 2017, had our rainbow child in 2018, and our most recent child in 2019. My wife is the biggest blessing that God has ever given me, a rock to me in hard times and the most amazing caregiver to our children.

The biggest passion I have is my Fatih in Christ. I was 20 years old, highly depressed, ready to end my life when I heard the news about Jesus Christ. I have no words to explain it but before knowing Jesus, I was upset at the world, angry with myself and just unhappy overall. I prayed a prayer essentially saying " God, If you're real, please heal me of all these feelings" and almost immediately, It was gone. I have joy that surpasses all understanding; even in hard times, I am still able to find joy. After experiencing this transformation, I decided that my life was His. Since then, I have regularly served in our community- mostly in the church- but any opportunity to serve and help, I do. We currently host a church at our home every week, I serve at a local church in their Childrens ministry, and I host a group of young men (high school sophomores) weekly to help them with their everyday problems and teach them about God. Overall, I serve about 9-12 hours a week and I love every moment of it.

Your honor, this past year has been the hardest year of my life and I have no one else to blame for it but myself. In January my Grandfather, the man I was named after died. In March I was arrested for the crime I committed on January 6th the prior year, and in August I was terminated from my career of 11 years I worked very hard to build. I loved my grandfather very much; he was the leader of the Javid family, and I looked up to him very much. His passing wrecked me, hurt me desperately and shifted our family dynamic greatly. I am the last Iraj Javid to ever exist, and I felt the pressure of living up to that. My first order of business to help elevate that name was to be arrested by the FBI, remain in a cell for 2 days, be on multiple news channels, I lost more friends than I could ever imagine and essentially ran my grandfather and my name through the mud. I made a decision the morning of to go to the Trump rally, I thought I was going to my first protest, standing for what I believed. Instead, I was a burden to my entire family, and had to depend on them for so much after losing my career. I cannot explain the shame and pain I've felt for my actions, I wish I could have chosen differently that day, but I cannot. Although I chose not to participate in any violence, and I can say I truly abhor violence, I can also acknowledge that I was part of a day in which members of law enforcement were harmed and property was damaged. I feel deep remorse for that those facts and I have spent a lot of time in prayer and meditation to come to terms with that. I am deeply sorry, regretful, and pained by my actions on January 6th. I know I would never chance breaking the law again, not just for me but for my whole family and the generations to come. Your honor I know that I made a major mistake, but that was very out of character for me. I pride myself on being a caring and kind person who does what my parents always taught me, to put others first. Again I am very sorry and can only look forward to the future.

Thank you for taking the time to read my letter.

Sincerely,

Iraj Javid