UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 22-077 (BAH) |
| ) | |
| IRAJ JAVID, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S NOTICE OF FILING OF VIDEO PURSUANT TO LOCAL CRIMINAL RULE 49

Iraj Javid, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video being provided to the Court and the government via USAFx, relating to the sentencing hearing scheduled for February 3, 2023. As a video clip, it is not in a format that readily permits electronic filing on CM/ECF.

- Exhibit 6 is a video documenting the outside of the East Rotunda doors prior to Mr. Javid's entry into the Capitol.

The defense has no objection to this video being part of the public record.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Ned Smock
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Ned_Smock@fd.org

1